IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| APG ENTERPRISES, INC., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MONEY & MORE, INC., et al.,<br><br>        Defendants. | ORDER<br><br><br><br><br><br>Case No. 2:08-CV-951-TC |

The court referred this case to Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B).  On November 2, 2011, Judge Wells entered her Report and Recommendation[1] on proposed defendant-intervenor Heidi Benson, Heidi J. Benson Family Trust, Evelyn H. Bosh and the Bosh Family Trust's Motion to Intervene.[2]

Judge Wells recommends that the Motion to Intervene be denied.  The parties were given fourteen (14) days to file objections to the Report and Recommendation and were cautioned that failure to file an objection could constitute waiver thereof upon subsequent review.  No objections were received.

The court has carefully reviewed the Report and Recommendation and the relevant

---

[1]Docket No. 259.

[2]Docket No. 250.

materials in the file and finds the recommendation correct in all respects.[3]  Accordingly, the

Report and Recommendation is adopted as the order of the court, and the court DENIES the

Motion to Intervene.

       SO ORDERED this 15th day of December, 2011.

                               BY THE COURT:

                               *Tena Campbell*

                               TENA CAMPBELL
                               U.S. District Court Judge

---

[3]The court also notes that the proposed intervenor defendants who are not individuals (the "Trust" parties) may not represent themselves pro se, as they attempt to do in the Motion to Intervene.